IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      Case No. 1:04cr10092-11

HOWARD MICHEAL PERRY

    Defendant.

## ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the ( $10,000/10%= $1000.00)appearance bond (receipt J27764) for this defendant be cancelled and discharged, and the Clerk is directed to issue a check on the Registry in the sum of $1000.00, payable to: **Barbara Perry, 8290 Hwy 69 N., Saltillo, TN 38370**; in full refund of the cash appearance bond posted herein.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 5 August 2005

Approved:

TOM GOULD, CLERK OF COURT

BY: _____
    Deputy Clerk

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8/5/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 1:04-CR-10092 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

Carthel L. Smith
LAW OFFICES OF CARTHEL SMITH, JR.
85 E. Church Street
Lexington, TN 38351

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT